**Cecil Larry WILLIAMS, Petitioner–Appellant,**

v.

**Donald L. HELLING, et al., Respondent–Appellee.**

**No. 03–16470.**

United States Court of Appeals, Ninth Circuit.

1. *Boykin v. Alabama,* 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969).

2. *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

Submitted Sept. 17, 2004.*

Decided Oct. 8, 2004.

Linda Marie Bell, Esq., Las Vegas, NV, for Petitioner–Appellant.

Rene L. Hulse, Office of the Nevada Attorney General, Las Vegas, NV, for Respondent–Appellee.

Before: OAKES,** KLEINFELD, and CALLAHAN, Circuit Judges.

## MEMORANDUM***

We affirm the district court's denial of Williams's petition for habeas corpus.

■ The state court's ruling regarding the admonition to Dysart was not contrary to, nor an unreasonable application of, clearly established Supreme Court law.[1] In *Webb v. Texas*,[2] the Supreme Court case at issue, the admonition "effectively drove the defendant's only witness off the stand."[3] This case differs in that the admonition occurred during a preliminary hearing rather than at trial, the witness was a prosecution rather than a defense witness, and in that he was not driven off the stand, but testified and remained available for cross examination.

■ The state court's ruling on ineffective assistance also was not contrary to, nor an unreasonable application of, clearly established Supreme Court law. Regard-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable James L. Oakes, Senior Circuit Judge of the United States Court of Appeals for the Second Circuit, sitting by designation.

1. 28 U.S.C. § 2254(d)(1).

2. *Webb v. Texas*, 409 U.S. 95, 93 S.Ct. 351, 34 L.Ed.2d 330(1972).

3. *Id.* at 98, 93 S.Ct. 351.

less of whether trial counsel was deficient, which we do not intimate, Williams has not demonstrated prejudice.[4] There is nothing to indicate that anything would have changed even had counsel objected to the justice's remark.

AFFIRM.

---

**4.** *See Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.